# United States District Court
# For The Western District of North Carolina
# Bryson City Division

Kari Husky Conard,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        2:10cv32

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/18/11 Order.

Signed: January 18, 2011

Frank G. Johns, Clerk
United States District Court